# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11280

_____

SAMUEL SCOTT, JR.,

                                                                       Plaintiff-Appellant,

*versus*

CITY OF MIAMI,
JONATHAN GUZMAN,
MICHAEL BLOOM,
MIGUEL HERNANDEZ,
RANDY CARRIEL,

                                                                       Defendants-Appellees,

BRANDON WILLIAMS,

                                                                              Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cv-23995-PCH

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 11, 2025

For the Court: DAVID J. SMITH, Clerk of Court